**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00305-CV

### IN THE INTEREST OF B.T.G., A CHILD, Relator

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-12707**

## ORDER

The Court has before it appellant's May 10, 2013 motion challenging the order sustaining contest to inability to pay. The Court **GRANTS** the motion. *See* TEX. R. APP. P. 20.1(j)(4). We **ORDER** Francheska Duffey, Official Court Reporter of the 330th Judicial District Court of Dallas County, Texas, to file the court reporter's record in this case within thirty days of the date of this order, without requiring prepayment of costs. We **ORDER** appellant to file his amended brief within thirty days of the date the reporter's record is filed.

/s/    ELIZABETH LANG-MIERS
        JUSTICE